845 A.2d 131

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. MICHAEL BANKO, DEFENDANT–RESPONDENT.

February 13, 2004.

Granted.

845 A.2d 131

STATE IN THE INTEREST OF N.F., A JUVENILE.

(N.F.—MOVANT)

February 18, 2004.

ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the trial court to conduct the final disposition hearing tomorrow, February 19, 2004, as scheduled, and to order the release of N.F. from the County Youth Detention Facility into the custody of Division of Youth and Family Services.

Jurisdiction is not retained.

845 A.2d 131

THE COMMUNITY HOSPITAL GROUP INC., T/A MEDICAL CENTER, PLAINTIFF, v. JAY MORE, M.D., DEFENDANT, AND SOMERSET MEDICAL CENTER, DEFENDANT–MOVANT.

March 11, 2004.

ORDERED that the motion for leave to appeal is granted.